IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| MICHELLE CROWE; <br> MATHEW T. HOOVER; <br> TYLER FRANKLIN; and <br> MICHAEL RYAN JOHNSON, <br><br>       Plaintiffs, <br><br> v. <br><br> GLOBAL FITNESS HOLDINGS, LLC, <br><br>       Defendant. | Case No. 2:11-cv-00689 <br><br> Judge William L. Standish <br> *Electronically Filed* |

## ORDER GRANTING COSTS AND ATTORNEY'S FEES TO THE NAMED PLAINTIFFS

Upon consideration of the parties' Joint Stipulation and Proposed Order for the Award of Costs and Attorney's Fees to the Named Plaintiffs, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the parties' Joint Stipulation and Proposed Order for the Award of Costs and Attorney's Fees to the Named Plaintiffs is GRANTED;

IT IS FURTHER ORDERED that the $15,472.72 in attorney's fees and costs that the Plaintiffs, Michelle Crowe, Mathew T. Hoover, Tyler Franklin, and Michael Ryan Johnson ("Named Plaintiffs"), are requesting is reasonable;

IT IS FURTHER ORDERED that the Named Plaintiffs are awarded $15,472.72 as the total amount of costs and attorney's fees they incurred in litigating this action. Defendant, Global Fitness Holdings, LLC, shall pay this amount within 10 business days; and

IT IS FURTHER ORDERED that the Named Plaintiffs are not entitled to any additional costs or attorney's fees related to this action.

ENTERED this the __15th__ day of __November__ 2011.

_William L. Standish_

WILLIAM L. STANDISH
U.S. DISTRICT COURT JUDGE

4575908_1