**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| **MICHELLE CROWE;** : <br> **MATHEW T. HOOVER;** : <br> **TYLER FRANKLIN; and** : <br> **MICHAEL RYAN JOHNSON,** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **GLOBAL FITNESS HOLDINGS, LLC,** : <br> : <br> Defendant. : | Case No. 2:11-cv-00689 <br><br> Judge William L. Standish <br> *Electronically Filed* |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, Michelle Crowe, Mathew T. Hoover, Tyler Franklin, and Michael Ryan Johnson (the "Named Plaintiffs"), and Defendant, Global Fitness Holdings, LLC (the "Defendant") (collectively the "Parties"), pursuant to Fed.R.Civ.P.41(a), stipulate to the dismissal, with prejudice, of Plaintiff's Complaint and First Amended Complaint herein, with no further costs or fees owed to any of the Parties.

| | |
|---|---|
| *s/ Philip C. Eschels* | *s/ Christine T. Elzer* |
| Philip C. Eschels | Samuel J. Cordes |
| William J. Kishman | Christine T. Elzer |
| Greenebaum Doll & McDonald PLLC | Samuel J. Cordes & Associates |
| 3500 National City Tower | 245 Fort Pitt Boulevard |
| 101 South Fifth Street | Pittsburgh, PA 15222 |
| Louisville, Kentucky 40202 | (412) 471-8500 |
| (502) 587-3665 | (412) 325-3348 (Fax) |
| (502) 540-2219 (Fax) | scordes@cordeslawfirm.com |
| pce@gdm.com | celzer@cordeslawfirm.com |
| wjk@gdm.com | |
| | COUNSEL FOR PLAINTIFFS, |
| and | CROWE, HOOVER, FRANKLIN |
| | AND JOHNSON |
| Joseph F. Quinn | |
| Erin J. McLaughlin | |
| Buchanan Ingersoll & Rooney PC | |
| One Oxford Center | |
| 301 Grant Street, 20th Floor | |
| Pittsburgh, Pennsylvania 15219 | |
| (412) 392-2168 | |
| (412) 562-1041 (Fax) | |
| joseph.quinn@bipc.com | |
| erin.mclaughlin@bipc.com | |
| | |
| COUNSEL FOR DEFENDANT, | |
| GLOBAL FITNESS HOLDINGS, LLC | |

4592485.1